MARY MACFADDEN, PLAINTIFF-RESPONDENT, v. BERNARR MACFADDEN FOUNDATION, INC., DEFENDANT-PETITIONER.

See same case below: 49 *N. J. Super.* 356.

*Messrs. Losche & Losche* for the petitioner.

*Messrs. Carpenter, Bennett, Beggans & Morrissey, Mr. Charles B. Collins* and *Mr. Laurence Reich* for the respondent.

May 26, 1958.  Denied.

ADAM F. BOBER, PETITIONER-PETITIONER, v. INDEPENDENT PLATING CORPORATION, RESPONDENT-RESPONDENT.

*Messrs. Schwartz & Schwartz* and *Mr. Alfred C. Clapp* for the petitioner.

*Mr. Edward B. Meredith* for the respondent.

May 26, 1958.  Granted.